

Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

April 24, 2025

**DELIVERED VIA ECF**
The Honorable George C. Hanks, Jr.
United States Courthouse
515 Rusk Street, Room 6202
Houston, Texas 77002

|        |        |
|--------|--------|
| Case Title: | *Erin Powers v. Law Offices of Marcos & Associates* 4:22-cv-03949 |
| Re: | Notice of Settlement |

Your Honor:

    This office represents Plaintiff, Erin Powers, in the above referenced matter. We write to provide notice that the parties have reached a settlement in principle as to all parties and claims at issue in this case and are in the process of executing a settlement agreement. The parties believe that the performance thereunder will be completed within sixty (60) days at which time the parties will stipulate to dismiss the case with prejudice and with each side bearing its own costs and attorney's fees.

    In light of the foregoing, the parties respectfully request that the Court vacate all current hearing dates and deadlines and provide the parties sixty (60) days to complete the settlement process and dismiss the action. This is the parties' first request of this nature. Defendant joins in this request. We thank Your Honor for your attention to this matter.

Respectfully submitted,

By:     */s/ David Michael Stuart Jenkins*
David Michael Stuart Jenkins, Esq.
*Admitted Pro Hac Vice*
DONIGER / BURROUGHS
For the Plaintiff

**SO ORDERED.**

Dated: _____, 2025

By: _____
Honorable George C. Hanks, Jr.
United States District Judge